AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  20mj1524 |
| | ) | |
| | ) | |
| Christopher HAWKINS | ) | |
| | ) | |

*Defendant(s)*

**FILED**

United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____September 4th, 2020_____ in the county of _____Bernalillo_____ in the
_____ District of _____New Mexico_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 922 (g)(1) and 924 | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

Plase see attached affadavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Paul Jessen, Task Force Officer FBI
_____
*Printed name and title*

TELEPHONICALLY
Sworn to before me and signed ELECTRONICALLY

Date: _____09/04/2020_____

_____
*Judge's signature*

City and state: _____Albuquerque, New Mexico_____

The Honorable Kirtan Khalsa, US Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT & ARREST WARRANT

I, Paul Jessen, being duly sworn, depose and say:

1. I have been a law enforcement officer for approximately 8 years, serving as a Bernalillo County Sheriff's Deputy, detective, and as a Task Force Officer with the Federal Bureau of Investigation. I am currently assigned to the FBI Violent Crime Task Force (VCTF) where I primarily investigate violent repeat offenders, armed robberies, kidnappings, and FBI fugitives. Over the past 8 years, I have arrested hundreds of individuals for offenses related to drug distribution, gang crimes, firearm violations, armed robbery, carjacking, assault, and other related crimes.

### Charges

2. This affidavit is submitted in support of a criminal complaint and arrest warrant charging Christopher HAWKINS (born in 1984) with felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924.

### Background:

3. HAWKINS is currently on state probation in Albuquerque, New Mexico for forgery and for two counts of felony possession of a controlled substance. At the time of his arrest, HAWKINS had absconded from probation officials and was wanted for a probation violation. HAWKINS has several felony convictions, to include:

   a. Forgery (over $2,500, but not more than $20,00) in 2018 (D-202-CR-2018-03985) for which he was sentenced to 18 months probation,

   b. Possession of a controlled substance in 2019 (D-202-CR-2019-00356) for which he was sentenced to 18 months probation

   c. Possession of a controlled substance in 2019 (D-202-CR-2019-00605) for which he was sentenced to 18 months probation to run concurrent with case # D-202-CR-2019-00356

1

## Investigation:

4.    On August 28, 2020, at approximately 1230 hours, I assisted members of the New Mexico Corrections Department (NMCD) Fugitive Apprehension Unit (FAU) with an investigation at 6920 Menaul Blvd NE, Albuquerque, NM involving Christopher HAWKINS.

5.    Upon arrival on scene, I was advised by members of the FAU that they had located and arrested HAWKINS in the parking lot of the Valero gas station for a probation violation warrant out of Albuquerque, New Mexico. Members of the FAU stated that as they made contact with HAWKINS, he complied with their commands to get onto the ground where he was taken into custody without incident. As HAWKINS was being detained, members of the FAU observed a black Smith and Wesson M&P handgun protruding from his right front pocket. The handgun was removed and was found to have one round of .40 caliber ammunition in the chamber and several rounds of .40 caliber ammunition in the magazine. Members of the FAU advised me that HAWKINS is a convicted felon and then handed the investigation off to me.

6.    I then made contact with HAWKINS on scene and read him his advice of rights where he agreed to answer questions without a lawyer present. HAWKINS stated that he was attempting to meet with an unknown individual at the Valero gas station that afternoon in order to sell an Ipod for $75. HAWKINS stated that members of the FAU then confronted him in the Valero parking lot where he complied with their commands and was placed into custody without incident. HAWKINS did admit to having a firearm on his person and stated he had located the Smith and Wesson handgun two hours prior to this incident in a dumpster behind a Target. HAWKINS acknowledged that there was ammunition in the handgun, but did not know if there was a round in the chamber.

7.    HAWKINS stated he could not remember if he was a convicted felon and denied being told that he could not possess a firearm. However, HAWKINS did state that he had plead guilty to "something that had to deal with forgery" and acknowledged that he was currently under the supervision of state probation. It should be noted that HAWKINS advised me that he had memory issues because he was struck by a vehicle 5 year prior to this incident and had lost almost a quarter of his brain.

2

### Interstate Nexus

8.    The handgun was examined and functioned as it was originally designed. Based on my training and experience, I know that Smith and Wesson firearms are manufactured outside the State of New Mexico and the specified handgun meets the federal definition of a "firearm."

### Conclusion:

9.    Based on the information contained herein, I believe probable cause exists to charge HAWKINS with violations of 18 U.S.C. §§ 922(g)(1) and 924. This affidavit has been reviewed by Supervisory Assistant United States Attorney Jack Burkhead of the District of New Mexico.

Respectfully submitted,

Paul Jessen
FBI Task Force Officer

TELEPHONICALLY SWORN TO ME ON SEPTEMBER 4th, 2020:

THE HONORABLE KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF NEW MEXICO

3